THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **GREENWORKS SERVICE COMPANY** | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 22-32290** |

<u>**NOTICE OF EFFECTIVE DATE**</u>

      **PLEASE TAKE NOTICE** that on April 25, 2023, the United States Bankruptcy Court for the Northern

District of Texas, Dallas Division (this "Court") entered an order (Docket No. 86) (the "Confirmation Order")

confirming the Consensual Plan of Reorganization of GreenWorks Service Company (the "Debtor"). Debtor was to

complete certain requirements under the Confirmation Order and confirmed Plan in order for the Effective Date of the

Plan to become effective.  Debtor has met these requirements.

      **PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING:**

1.   **Effective Date.** Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that the

     Plan became effective in accordance with its terms. The effective date will occur on ***May 25, 2023*** (the

     "Effective Date").

Dated: April 26, 2023

                               Respectfully submitted,

                               THE LANE LAW FIRM, PLLC

                               <u>*/s/Robert C. Lane*</u>
                               Robert C. Lane
                               State Bar No. 24046263
                               notifications@lanelaw.com
                               Joshua D. Gordon
                               State Bar No. 24091592
                               Joshua.gordon@lanelaw.com
                               6200 Savoy, Suite 1150
                               Houston, Texas 77036
                               (713) 595-8200 Voice
                               (713) 595-8201Facsimile
                               COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Effective Date was served to the parties listed below and the attached matrix via electronic notice by the court's ECF noticing system or by first-class mail on April 26, 2023.

Debtor:
GreenWorks Service Company
4848 Lemmon Avenue
Suite 613
Dallas, Texas 75219

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

Parties Requesting Notice
Brandon Lee Crisp on behalf of Creditor Christopher Rutherford
bcrisp@terrazaspllc.com

Brandon Lee Crisp on behalf of Creditor Kimberly Harrington
bcrisp@terrazaspllc.com

Brandon Lee Crisp on behalf of Creditor Nichole Rutherford
bcrisp@terrazaspllc.com

Peter C. DApice on behalf of Creditor POTA JV, LLC
dapice@sbep-law.com

Linda D. Reece on behalf of Creditor Frisco ISD
lreece@pbfcm.com, lreece@ecf.courtdrive.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com, cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

/s/ Robert "Chip" Lane
Robert "Chip" Lane

Label Matrix for local noticing
0539-3
Case 22-32290-mvl11
Northern District of Texas
Dallas
Wed Apr 26 08:27:55 CDT 2023

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Fwy, Ste. 1000
Dallas, TX 75207-2328

Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

GreenWorks Service Company Inc.
4848 Lemmon Avenue Suite 613
Dallas, TX 75219-1400

Texas Comptroller of Public Accounts, Revenu
Callen C. Searcy
P.O. Box 12548
Austin, TX 78711-2548

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Capital One
PO Box 60519
City of Industry, CA 91716-0519

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Fundomate Technologies Inc.
300 Continental Blvd Suite 410
El Segundo, CA 90245-5053

Harmony Brown
4848 Lemmon Avenue #613
Dallas, TX 75219-1400

Internal Revenue Service
1100 Commerce St MC 5027 DAL
Dallas, TX 75242-1100

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

M-M Properties
Plaza of the Americas
600 N. Pearl Street
Dallas, TX 75201-2822

Nichole Rutherford, Christopher Rutherford &
c/o Terrazas PLLC - Brandon L. Crisp
1001 S. Capital of Texas Hwy., Building
Austin, TX 78746-6450

POTA JV, LLC
⅝ Stutzman, Bromberg, Esserman & Pl
Attn: Peter C. D'Apice
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

Rapid Finance
4500 East West Highway
Bethesda, MD 20814-3327

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Behrooz P. Vida -SBRA V
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021-3671

Nichole Rutherford
Terrazas PLLC
1001 S. Capital of Texas Hwy.
Suite 250
Austin, TX 78746-6450

Robert Lane
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank
270 Park Avenue
New York, NY 10017

Libertas Funding LLC
411 W. Putnam Ave, Suite 220
411 W. Putnam Ave, Suite 220
Greenwich, CT 06830

(d)Libertas Funding, LLC
411 West Putnam Avenue Suite 220
Greenwich, CT 06380

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Libertas Funding LLC

(u)POTA JV, LLC

(u)The Lane Law Firm, PLLC

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Fwy, Ste. 1000
Dallas, TX 75207-2328

(d)Frisco ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 640, LB 40
Garland, TX 75042-8234

(d)GreenWorks Service Company
4848 Lemmon Avenue Suite 613
Dallas, TX 75219-1400

(u)Christopher Rutherford

(u)Kimberly Harrington

End of Label Matrix
Mailable recipients    25
Bypassed recipients     8
Total                  33