THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| GREENWORKS SERVICE COMPANY § | |
| DEBTOR § | BANKRUPTCY CASE NO. 22-32290 |

**CERTIFICATE OF SERVICE**
**(Docket No. 90)**

      I hereby certify that a true and correct copy of the Chapter 11 Post-Confirmation Order was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system, by electronic communication (e-mail), or by facsimile transmission on April 27, 2023:

Debtor:
GreenWorks Service Company
4848 Lemmon Avenue
Suite 613
Dallas, Texas 75219

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242
Lisa.L.Lambert@usdoj.gov

Parties Requesting Notice
Brandon Lee Crisp on behalf of Creditor Christopher Rutherford
bcrisp@terrazaspllc.com

Brandon Lee Crisp on behalf of Creditor Kimberly Harrington
bcrisp@terrazaspllc.com

Brandon Lee Crisp on behalf of Creditor Nichole Rutherford
bcrisp@terrazaspllc.com

Peter C. DApice on behalf of Creditor POTA JV, LLC
dapice@sbep-law.com

Robert Lane on behalf of Debtor GreenWorks Service Company
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Linda D. Reece on behalf of Creditor Frisco ISD
  lreece@pbfcm.com, lreece@ecf.courtdrive.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com,
cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

*/s/Robert C. Lane*
Robert C. Lane

```
Label Matrix for local noticing        Dallas County                              Frisco ISD
0539-3                                  Linebarger Goggan Blair & Sampson, LLP    c/o Perdue Brandon Fielder et al
Case 22-32290-mvl11                     c/o John K. Turner                        1919 S. Shiloh Road, Suite 640, LB 40
Northern District of Texas              2777 N. Stemmons Fwy, Ste. 1000           Garland, TX 75042-8234
Dallas                                  Dallas, TX 75207-2328
Thu Apr 27 10:36:14 CDT 2023

GreenWorks Service Company Inc.         Texas Comptroller of Public Accounts, Revenu   U.S. Attorney
4848 Lemmon Avenue Suite 613            Callen C. Searcy                               1100 Commerce, 3rd Floor
Dallas, TX 75219-1400                   P.O. Box 12548                                 Dallas, TX 75242-1074
                                        Austin, TX 78711-2548


U.S. Attorney General                   1100 Commerce Street                      Capital One
Department of Justice                   Room 1254                                 PO Box 60519
Washington, DC 20001                    Dallas, TX 75242-1305                     City of Industry, CA 91716-0519



(p)JPMORGAN CHASE BANK  N A             Comptroller of Public Accounts            Fundomate Technologies Inc.
BANKRUPTCY MAIL INTAKE TEAM             C/O Office of the Attorney General        300 Continental Blvd Suite 410
700 KANSAS LANE FLOOR 01                Bankruptcy - Collections Division MC-008  El Segundo, CA 90245-5053
MONROE LA 71203-4774                    PO Box 12548
                                        Austin TX  78711-2548


Harmony Brown                           Internal Revenue Service                  Internal Revenue Service
4848 Lemmon Avenue #613                 1100 Commerce St MC 5027 DAL              P.O. Box 7346
Dallas, TX 75219-1400                   Dallas, TX 75242-1100                     Philadelphia, PA 19101-7346




JPMorgan Chase Bank, N.A.               (p)LIBERTAS FUNDING LLC                   M-M Properties
s/b/m/t Chase Bank USA, N.A.            411 WEST PUTNAM ST                        Plaza of the Americas
c/o Robertson, Anschutz, Schneid,       SUITE 220                                 600 N. Pearl Street
Crane & Partners, PLLC                  GREENWICH CT 06830-6295                   Dallas, TX 75201-2822
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Nichole Rutherford, Christopher Rutherford &   POTA JV, LLC                       Rapid Finance
c/o Terrazas PLLC - Brandon L. Crisp    % Stutzman, Bromberg, Esserman & Pl       4500 East West Highway
1001 S. Capital of Texas Hwy., Building Attn: Peter C. D'Apice                    Bethesda, MD 20814-3327
Austin, TX 78746-6450                   2323 Bryan Street, Suite 2200
                                        Dallas, TX 75201-2689


The Lane Law Firm                       United States Trustee                     Behrooz P. Vida -SBRA V
6200 Savoy Dr Ste 1150                  1100 Commerce Street                      The Vida Law Firm, PLLC
Houston, TX 77036-3369                  Room 976                                  3000 Central Drive
                                        Dallas, TX 75242-0996                     Bedford, TX 76021-3671



Nichole Rutherford                      Robert Lane
Terrazas PLLC                           The Lane Law Firm
1001 S. Capital of Texas Hwy.           6200 Savoy, Suite 1150
Suite 250                               Houston, TX 77036-3369
Austin, TX 78746-6450
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>270 Park Avenue<br>New York, NY 10017 | Libertas Funding LLC<br>411 W. Putnam Ave, Suite 220<br>411 W. Putnam Ave, Suite 220<br>Greenwich, CT 06830 | (d)Libertas Funding, LLC<br>411 West Putnam Avenue Suite 220<br>Greenwich, CT 06380 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Libertas Funding LLC | (u)POTA JV, LLC | (u)The Lane Law Firm, PLLC |
| (d)Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 | (d)Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042-8234 | (d)GreenWorks Service Company<br>4848 Lemmon Avenue Suite 613<br>Dallas, TX 75219-1400 |
| (u)Christopher Rutherford | (u)Kimberly Harrington | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    8<br>Total                 33 |