

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed July 17, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GREENWORKS SERVICE COMPANY INC | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 22-32290 |

### FINAL DECREE AND CLOSING OF CASE
### (Docket No. 101)

On this day, the Court considered the Motion for Final Decree and Closing of Case (the ("Motion") filed GreenWorks Service Company, Inc., Debtor in the above referenced matter. The Court finds that the Debtor filed and served the Motion on June 20, 2023, and that no objections to the Motion have been filed. The Court further finds that the Plan of GreenWorks Service Company, Inc. has been substantially consummated. It is,

**ORDERED** that the Motion for Final Decree and Closing of Case is APPROVED, and the Chapter 11 Subchapter V case of GreenWorks Service Company, Inc. is hereby closed.

# # # END OF ORDER # # #